McGREGOR W. SCOTT
United States Attorney
WILLIAM B.TAYLOR

Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>STEVEN COPLEY<br><br>                    Defendant | Case No. 5:20-PO-00327 JLT<br><br>MOTION AND ORDER FOR DISMISSAL; AND VACATE TRIAL DATE<br><br>DATE: MARCH 2, 2021<br>TIME: 10:00 A.M<br>JUDGE: HON. JENNIFER L. THURSTON |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:20-PO-00327 JLT against STEVEN COPLEY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 26, 2021                    Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

                          By:    /s/ William B. Taylor
                                 WILLIAM B. TAYLOR
                                 Special Assistant United States Attorney

U.S. v. Copley
Case No. 5:20-PO-00327

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:20-PO-00327 JLT against STEVEN COPLEY be

dismissed, without prejudice, in the interest of justice. and the trial date of March 2, 2021 is vacated.


DATED: January___27___, 2021


HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

U.S. v. Copley
Case No. 5:20-PO-00327